# Court of Appeals
# of the State of Georgia

ATLANTA,    April 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0300. CAROL PEAY v. THE VIRGINIAN CONDOMINIUM ASSOCIATION, INC.**

The Virginian Condominium Association, Inc. filed this action against Carol Peay for past-due condominium assessments and fines. On June 25, 2013, the trial court entered a default judgment against Peay and awarded the Association a money judgment for $18,274.01. Peay filed a timely notice of appeal from that ruling. On February 25, 2014, the trial court dismissed Peay's notice of appeal, and Peay filed this application for discretionary appeal from that order.

"The dismissal of an appeal by the trial court is subject to direct appeal." *Castleberry's Food Co. v. Smith*, 205 Ga. App. 859, 860 (424 SE2d 33) (1992). We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Peay shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a notice of appeal from the order at issue, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 04/16/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*